Erin R. Ranahan (SBN 235286)
eranahan@winston.com
Thomas J. Kearney (SBN 267087)
tkearney@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
Telephone:    (415) 591-1000
Facsimile:    (415) 591-1400

Attorneys for Defendants Entertainment One
U.S. LP and Entertainment One U.K. Ltd.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MAHON, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>ENTERTAINMENT ONE U.S. LP; ENTERTAINMENT ONE U.K. LTD.; APPLE INC.; GOOGLE LLC; YOUTUBE LLC; and DOES 1-18,<br><br>    Defendants. | **Case No. 4:21-cv-08562-YGR**<br><br>**DECLARATION OF ROBERT TURNER IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Amended Complaint Filed: 11/11/2021 |

**DECLARATION OF ROBERT TURNER**

I, Robert Turner, declare as follows:

1. I am the Managing Attorney, Global Litigation & Privacy, at Hasbro, Inc. Hasbro subsidiaries Entertainment One U.S. LP and Entertainment One U.K. Ltd. ("eOne Defendants") are defendants in the above-captioned action. I submit this declaration in support of Plaintiff's Administrative Motion to File Under Seal ("Motion") Exhibit 1 and Exhibit 2 to Plaintiff's Opposition to the eOne Defendants' Motion to Dismiss Plaintiff's Complaint (Dkt. 45) (collectively, the "Confidential Exhibits"). I have personal knowledge of the facts set forth in this declaration.

2. Exhibit 1 is an agreement between Entertainment One U.S. LP on the one hand, and Google Inc. and Google Ireland Ltd. on the other, which concerns Defendants' confidential business dealings, and is limited by a confidentiality provision. The eOne Defendants maintain this document as highly confidential, as reflected in their designation noted herein.

3. Exhibit 2 is a non-public Memorandum of Understanding ("MOU") that reflects the confidential internal business operations of the eOne Defendants and the other signatories to the MOU. The eOne Defendants maintain this document as highly confidential, as reflected in their designation noted herein.

4. Plaintiff's Motion is narrowly tailored to seal the Confidential Exhibits.

5. In *Mahon v. Ent. One U.S. LP, et al.*, Case No. 20-cv-01527 (N.D. Cal. Mar. 2, 2020), ECF No. 77, this Court ordered these same documents filed under seal in a case brought by Plaintiff against the eOne Defendants and two of their affiliated companies. The Confidential Exhibits have therefore already been filed under seal. *Id.*

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 22, 2022, at Barrington, Rhode Island.

_____
Robert Turner