1
2
3
4
5
6
7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| 12   MARK MAHON, an individual, | **Case No. 4:21-cv-08562-YGR** |
| 13                 Plaintiff, | |
| 14         v. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| 15   ENTERTAINMENT ONE U.S. LP; ENTERTAINMENT ONE U.K LTD.; APPLE INC.; GOOGLE LLC; YOUTUBE LLC; and DOES 1-18, | Amended Complaint Filed: 11/11/2021 |
| 17 | |
| 18               Defendants. | |

19
20
21
22
23
24
25
26
27
28

Having considered the Administrative Motion of Plaintiff to File Under Seal ("Motion), the Court grants the Motion in the table below:

| Documents | Portion to be Sealed |
|---|---|
| **Exhibit 1 to Plaintiff's Opposition to Defendants' Motion to Dismiss Plaintiff's Complaint (Dkt. 45-1)** | **Entire Document** |
| **Exhibit 2 to Plaintiff's Opposition to Defendants' Motion to Dismiss Plaintiff's Complaint (Dkt. 45-2)** | **Entire Document** |

**IT IS SO ORDERED.**

Dated: _____  _____
Honorable Yvonne Gonzalez Rogers
United States District Judge