UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK MAHON**, <br><br> Plaintiff, <br><br> v. <br><br> **ENTERTAINMENT ONE US LP, ETC.,** <br><br> Defendants. | Case No.: 4:21-CV-08562-YGR <br><br> **ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT** <br><br> Dkt. No. 81 |

Plaintiff moves the Court to alter and amend judgment, for judgment on partial findings, for reconsideration of dismissal, and for leave to file an amended and supplemental complaint.[1] The Court stands on the analysis provided in its order dismissing the First Amended Complaint. Additionally, plaintiff has failed to identify newly discovered evidence, let alone evidence that would have any impact on this Court's analysis. Accordingly, the motion is **DENIED**.

This Order terminates docket number 81.

**IT IS SO ORDERED**.

Date: October 17, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] The Court has reviewed the papers submitted by the parties in connection with the instant motion and has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).